UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARISTEO SOTO, on his behalf and others similarly situated, ABRAM LOPEZ, JASON FRUEH, ROGER CARLEY, PAUL BARBER, JR, TRAVIS TYREE, JUAN ESQUIVEL, HUGH CAMPBELL, JERRY CARLEY, DONALD LOCKLEAR, CARLOS BALLINGER, DAVID WEAVER, RAMIRO GUTIERREZ, MATTHEW BROWN, CHRISTOPHER CONNOR, REX CRICK, SCOTT HULL, JOSHUA TYREE, TRAVIS TYREE, BRIAN ROESCH, KEVIN BROWN, ARMANDO SALDANA, JOSE RODRIGUEZ, CONRRADO MAR, ANDREW ECKER, CONSTANTINO BORJA-ANGEL.

                Plaintiff,

-vs-                        Case No.  2:10-cv-688-FtM-29SPC

RECYCLE TECHNOLOGIES INTERNATIONAL, INC., a Florida profit corporation, RKO INDUSTRIES, INC., a Florida profit corporation, REX CRICK, individually,

                Defendants.

_____

**ORDER**

      This matter comes before the Court on the Plaintiff, Aristeo Soto's Unopposed Motion for Enlargement of Time to File Answers to Opt In Plaintiff's Court Interrogatories (Doc. #91) filed on July 22, 2011. The Plaintiff moves on behalf of the Opt-In Plaintiff Thomas Wilson to enlarge the deadline in which to answer the Court's Interrogatories up to and including August 5, 2011. The Plaintiff's Counsel states that he has been unable to contact the Opt-In Plaintiff Wilson to have his

verified answers returned. Pursuant to M.D. Fla. Local Rule 3.01(g), the Plaintiff's Counsel conferred with Counsel for the Defense who does not oppose the Motion.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Aristeo Soto's Unopposed Motion for Enlargement of Time to File Answers to Opt In Plaintiff's Court Interrogatories (Doc. #91) is **GRANTED**. The Opt-In Plaintiff Thomas Wilson has up to and including **August 5, 2011**, to file his verified Court Interrogatories.

**DONE AND ORDERED** at Fort Myers, Florida, this  25th   day of July, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record