**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

ARISTEO SOTO, on his behalf and others similarly situated, ABRAM LOPEZ, JASON FRUEH, ROGER CARLEY, PAUL BARBER, JR, TRAVIS TYREE, JUAN ESQUIVEL, HUGH CAMPBELL, JERRY CARLEY, DONALD LOCKLEAR, CARLOS BALLINGER, DAVID WEAVER, RAMIRO GUTIERREZ, MATTHEW BROWN, CHRISTOPHER CONNOR, REX CRICK, SCOTT HULL, JOSHUA TYREE, TRAVIS TYREE, BRIAN ROESCH, KEVIN BROWN, ARMANDO SALDANA, JOSE RODRIGUEZ, CONRRADO MAR, ANDREW ECKER, CONSTANTINO BORJA-ANGEL.

                Plaintiff,

-vs-                                        Case No.  2:10-cv-688-FtM-29SPC

RECYCLE TECHNOLOGIES INTERNATIONAL, INC., a Florida profit corporation, RKO INDUSTRIES, INC., a Florida profit corporation, REX CRICK, individually,

                Defendants.
_____

**ORDER**

This matter comes before the Court on the Plaintiff, Aristeo Soto's Unopposed Motion for Enlargement of Time to File Answers to Opt-In Plaintiff's Court Interrogatories  (Doc. #92) filed on July 22, 2011.  The Plaintiff moves on behalf of the Opt-In Plaintiff Constantino Borja-Angel to enlarge the deadline in which to answer the Court's Interrogatories up to and including August 5, 2011.  The Plaintiff's Counsel states that he has been unable to contact the Opt-In Plaintiff Borja-Angel to have his verified answers returned.  Pursuant to M.D. Fla. Local Rule 3.01(g), the

Plaintiff's Counsel conferred with Counsel for the Defense who does not oppose the Motion.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Aristeo Soto's Unopposed Motion for Enlargement of Time to File Answers to Opt-In Plaintiff's Court Interrogatories (Doc. #92) is **GRANTED**. The Opt-In Plaintiff Constantino Borja-Angel has up to and including **August 5, 2011**, to file his verified answers to the Court's Interrogatories.

**DONE AND ORDERED** at Fort Myers, Florida, this   26th   day of July, 2011.



SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record