UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARISTEO SOTO, on his behalf and others similarly situated, ABRAM LOPEZ, JASON FRUEH, ROGER CARLEY, PAUL BARBER, JR, TRAVIS TYREE, JUAN ESQUIVEL, HUGH CAMPBELL, JERRY CARLEY, DONALD LOCKLEAR, CARLOS BALLINGER, DAVID WEAVER, RAMIRO GUTIERREZ, MATTHEW BROWN, CHRISTOPHER CONNOR, SCOTT HULL, JOSHUA TYREE, TRAVIS TYREE, BRIAN ROESCH, KEVIN BROWN, ARMANDO SALDANA, JOSE RODRIGUEZ, CONRRADO MAR, ANDREW ECKER, CONSTANTINO BORJA-ANGEL,

                   Plaintiffs,

vs.                         Case No.   2:10-cv-688-FtM-29SPC

RECYCLE TECHNOLOGIES INDUSTRIES, LLC f/k/a RECYCLE TECHNOLOGIES INTERNATIONAL, INC., a Florida profit corporation, MCGUIRE GROUP 1-B, LLC, a domesticated limited liability company, and REX CRICK, individually,

                   Defendants.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #144), filed April 6, 2012, recommending that the Joint Motion for Approval of Settlement Agreement, and Upon Court Approval, for Dismissal of the Action With Prejudice (Doc. #142) and Unopposed Motion for Dismissal of Claims With Prejudice as to Recycle Technologies International, Inc. (Doc. #143) be granted and the settlement

agreement be approved.  The parties filed a Joint Notice of Non Objection to Report and Recommendation (Doc. #145) on April 17, 2012, and a copy of the Report and Recommendation was resent to a new address to Rex Crick on April 18, 2012, who does not object. (See Doc. #146.)

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #144) is hereby adopted and the findings incorporated herein.

2. The Joint Motion for Approval of Settlement Agreement, and Upon Court Approval, for Dismissal of the Action With Prejudice (Doc. #142) is **GRANTED** and the settlement agreement terms are approved as fair and reasonable.

3. The Unopposed Motion for Dismissal of Claims With Prejudice as to Recycle Technologies International, Inc. (Doc. #143) is **GRANTED** and the case will be dismissed with prejudice.

4. The Clerk shall enter judgment dismissing the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __1st__ day of May, 2012.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge

Counsel of Record
Unrepresented parties